UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEON SHAWN ALLEN | CIVIL ACTION |
| VERSUS | NO. 24-1936 |
| STATE OF LOUISIANA, *et al.* | SECTION M (1) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and finding that as of this date the parties have filed no objections to the R&R, hereby approves the R&R and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's complaint is DISMISSED for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 8th day of October, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.